No. 12–437. TORRES ET AL. *v.* TELEMUNDO DE PUERTO RICO, INC., ET AL. Sup. Ct. P. R. Certiorari denied.

No. 12–438. LEAVEY *v.* CITY OF DETROIT, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–441. JOHNSON, FKA ZIMMER *v.* ZIMMER ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–442. WILLIAMS *v.* COUNTY OF LOS ANGELES, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–444. SHANDONG LINGLONG RUBBER CO., LTD., NKA LINGLONG GROUP CO., LTD., ET AL. *v.* TIRE ENGINEERING & DISTRIBUTION, LLC, DBA ALPHA TYRE SYSTEMS ET AL., ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–446. CURTIS CIRCULATION CO. ET AL. *v.* ANDERSON NEWS, L. L. C., ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–453. HALE *v.* NORTH DAKOTA ET AL. Sup. Ct. N. D. Certiorari denied.

No. 12–454. SHERLEY ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–463. KAPETANAKIS *v.* FIRST NATIONAL INSURANCE COMPANY OF AMERICA. C. A. 5th Cir. Certiorari denied.

No. 12–467. SIBLEY *v.* DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS. Ct. App. D. C. Certiorari denied.

No. 12–469. ANGELLINO *v.* ROYAL FAMILY AL-SAUD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–471. MORGAN *v.* HARRY ET AL. Sup. Ct. Va. Certiorari denied.

No. 12–473. DS WATERS OF AMERICA, INC. *v.* TWIN CITY FIRE INSURANCE CO. C. A. 11th Cir. Certiorari denied.